UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Curtis J. Barlows,<br><br>        Plaintiff,<br><br>    v.<br><br>Tim Nguyen dba Pho 77 Vietnamese Noodle and Grill,<br><br>        Defendant. | Case No. 5:22-cv-02011-JGB-SP<br><br>**Honorable Jesus G. Bernal**<br><br>**JUDGMENT FOR PLAINTIFF CURTIS J. BARLOWS** |

JUDGMENT

# JUDGMENT

Having granted the Application for Default Judgment filed by Plaintiff Curtis J. Barlows,[1] the Court hereby **ORDERS, ADJUDGES AND DECREES** as follows:

1. Judgment is hereby entered in favor of Plaintiff Curtis J. Barlows and against Defendant Tim Nguyen, doing business as Pho 77 Vietnamese Noodle and Grill;

2. Plaintiff is **AWARDED** $8,000 in monetary damages as a result of the allegations set forth in the Complaint (Dkt. No. 1).

3. Plaintiff is **AWARDED** $6,091.13 in attorneys' fees and costs.

//

//

//

//

//

//

//

//

---

[1] See Order Granting Plaintiff Curtis J. Barlows's Application for Default Judgment (Dkt. No. 18).

4.   The Court **ENJOINS** Defendant as follows:

> Defendant Tim Nguyen, doing business as Pho 77 Vietnamese Noodle and Grill, must permit service dogs to accompany people with disabilities in all areas of the facility where the public is normally allowed to go, unless (a) the dog is creating a disturbance and the animal's handler does not take effective action to control it, or (b) the dog is not housebroken.  When it is not obvious what service an animal provides, staff may ask only two questions: (1) is the dog a service animal required because of a disability; and (2) what work or task has the dog been trained to perform.  Staff cannot ask about the person's disability, require medical documentation, require a special identification card or training documentation for the dog, or ask that the dog demonstrate its ability to perform the work or task.

**IT IS SO ORDERED**.

Dated:  September 26, 2023

_____
The Honorable Jesus G Bernal
United States District Judge